

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2012 TSPR 42 |
|---|---|
| Exclusión o Reasignación de los Jueces o la Juezas Seleccionados Como Presidente o Presidente Alterno De una Comisión Local de Elecciones | 184 DPR ____ |

Número del Caso: EM-2012-02

Fecha: 12 de marzo de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Exclusión o Reasignación de
los Jueces o las Juezas
Seleccionados como Presidente
o Presidente Alterno de una            EM-2012-2
Comisión Local de Elecciones


RESOLUCIÓN

San Juan, Puerto Rico, a 12 de marzo de 2012.


El pasado mes de enero de 2012, de conformidad con las disposiciones del Artículo 5.002 del nuevo Código Electoral de Puerto Rico para el Siglo XXI, Ley 78-2011, según enmendada por la Ley 230-2011, y de la Resolución emitida por este Tribunal el 12 de enero de 2012 en el asunto de referencia, la Oficina de Administración de los Tribunales llevó a cabo el proceso de selección de los jueces y las juezas que fungirán como Presidente y Presidente Alterno de las Comisiones Locales de Elecciones. Dicho proceso, el cual se condujo mediante el método de selección aleatorio simple con reposición (SASR) determinado por este Tribunal, y ante la presencia de diversos funcionarios de la Comisión Estatal de Elecciones, fue uno totalmente transparente. Como resultado del mismo, se asignaron los jueces y las juezas, Presidentes(as) y Presidentes(as) Alternos, a todos los precintos electorales de la isla de manera exitosa y conforme a la ley.

Ahora bien, notificado los resultados de dicho proceso, ciertos jueces y juezas han solicitado ser exonerados de presidir o fungir como alterno en las Comisiones Locales de Elecciones. Entre las razones para solicitar dicha exoneración se invocan:

razones de salud, relaciones de parentesco o amistad con los representantes de los partidos políticos o con los funcionarios de las Comisiones Locales de Elecciones que presiden o en las que se desempeñan como presidentes alternos y otras causas que, a juicio de los jueces y juezas que solicitan ser excluidos, pudieran razonablemente arrojar dudas sobre su imparcialidad para adjudicar o que tienda a minar la confianza pública en los procesos electorales.

En vista de que la Resolución emitida por este Tribunal no regula lo relacionado al proceso para solicitar ser excluidos o reasignados de participar en el referido proceso, procede atender este asunto.

Siendo ello así, promulgamos las siguientes reglas para la exclusión o reasignación de un juez o de una jueza seleccionado como Presidente o Presidente Alterno de la Comisión Local de Elecciones, y se instruye a la Directora Administrativa de los Tribunales, Hon. Sonia I. Vélez Colón, a considerar la exclusión o reasignación de un juez o jueza en las siguientes situaciones:

**Exclusión o Reasignación del Juez o Jueza seleccionado como Presidente o Presidente Alterno de una Comisión Local de Elecciones**

Cuándo ocurrirá la exclusión

Un juez o jueza podrá ser excluido de actuar como Presidente o Presidente Alterno de una Comisión Local de Elecciones en cualquiera de los casos siguientes:

(a) por padecer de algún tipo de enfermedad severa o incapacitante, certificada por un médico.

Cuándo ocurrirá la reasignación

Un juez o jueza podrá ser reasignado a actuar, dentro de la misma Región Judicial a la que pertenece o en una Región Judicial adyacente, como Presidente o Presidente Alterno de una Comisión Local de Elecciones distinta a la que le correspondió por sorteo, en cualquiera de los casos siguientes:

(a) por tener prejuicio o parcialidad hacia cualquiera de los(as) Comisionados(as) Electorales, funcionarios de la Comisión, o personas que intervengan o participen en el proceso electoral dentro de la Comisión Local de Elecciones que le correspondió ser Presidente o Presidente Alterno;

(b)  por existir un parentesco de consanguinidad o afinidad dentro del cuarto grado con los comisionados(as) electorales o con cualquiera otro funcionario de la Comisión Local de Elecciones que le correspondió ser Presidente o Presidente Alterno;

(c)  por existir una relación de amistad de tal naturaleza entre el juez o jueza y cualquiera de los Comisionados (as) Electorales, funcionarios de la Comisión, o personas que intervengan o participen en el proceso electoral dentro de la Comisión Local de Elecciones que le correspondió ser Presidente o Presidente Alterno, que pueda afectar la transparencia de la cual debe estar revestido todo proceso electoral;

(d)  por existir alguna relación de negocio con los(as) comisionados(as) electorales o con cualquiera otro funcionario de la Comisión Local de Elecciones que le correspondió ser Presidente o Presidente Alterno;

(e)  por cualquier otra causa que pueda razonablemente arrojar dudas sobre su imparcialidad o que tienda a minar la confianza pública en los procesos electorales.

Cualquier juez o jueza interesado en ser excluido de actuar como Presidente o Presidente Alterno de una Comisión Local de Elecciones, deberá presentar una solicitud de exclusión ante la Directora Administrativa de los Tribunales, quien vendrá en la obligación de considerar ésta a la luz de los parámetros antes expuestos. En un término no mayor de dos (2) días laborables, a partir de la presentación de la solicitud, la Directora Administrativa de los Tribunales deberá informar de su decisión al juez o a la jueza solicitante.

Este proceso no contempla la inhibición inmediata o motu proprio del juez o jueza. Sin embargo, dispone las razones por las cuales, mediante comunicación escrita, el juez o la jueza presentará y fundamentará su petición de exclusión o reasignación.

Notifíquese inmediatamente a la Directora Administrativa de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo